1  JUNJI SUZUKI (SBN 184738)
2  junji@marshallsuzuki.com
   TOKIKO YASUDA (SBN 257128)
3  tokiko@marshallsuzuki.com
   MARSHALL SUZUKI LAW GROUP, LLP
4  230 California Street, Suite 415
   San Francisco, CA 94111
5  Telephone: (415) 618-0090
6  Facsimile: (415) 618-0190
   Attorney for Applicants,
7  Shueisha Inc. and VIZ Media, LLC

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12

13  In re Ex Parte Application of          )   Case No:   3:22-mc-80139
                                            )
14                                          )   **[Proposed] ORDER GRANTING**
15  SHUEISHA INC.; and VIZ MEDIA,           )   **APPLICATION FOR ORDER PURSUANT**
    LLC,                                    )   **TO 28 U.S.C. § 1782 PERMITTING**
16                                          )   **DISCOVERY FOR USE IN FOREIGN**
                              Applicants.   )   **PROCEEDING**
17                                          )
18  _____     )

19       Having considered applicant Shueisha Inc. and VIZ Media, LLC (collectively as

20  "Applicant")'s ex parte application for an order pursuant to 28 U.S.C. § 1782 permitting

21  discovery for use in foreign proceeding,

22       IT IS HEREBY ORDERED that:

23       1. Applicant's application is GRANTED; and

24       2. Applicant may serve the subpoenas attached hereto on Paypal Holdings, Inc., Visa

25          Inc., Google LLC, PayPal, Inc., and Stripe, Inc.

26

27  Dated: _____ , 2022      By:_____
                                           United States District Judge
28

-Page 1 of 1-

**In re Ex Parte Application of Shueisha Inc. and VIZ Media, LLC**
[Proposed] Order Granting Application for Order Pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding